IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
BRENDA PICKERN,                        )
                                       )    2:12-cv-02586-GEB-CMK
                Plaintiff,             )
                                       )
        v.                             )    ORDER GRANTING PLAINTIFF'S
                                       )    MOTION TO AMEND COMPLAINT*
CHICO STEAKHOUSE, LP dba OUTBACK       )
STEAKHOUSE; CHICO MALL, LP,            )
                                       )
                Defendants.            )
_____       )
```

   Plaintiff moves to amend her complaint under Federal Rule of Civil Procedure ("Rule") 15(a), "to add Chico Mall Investors, LLC as a defendant and remove Chico Mall, LP as a defendant." (Pl.'s Mot. to Amend Complaint ("Pl.'s Mot.") 2:8-9, ECF No. 10-1.) Defendant Chico Steakhouse, LP dba Outback Steakhouse ("Defendant") filed a statement of non-opposition to the motion. (Def.'s Notice of Non-Opp'n to Pl.'s Mot. ("Def.'s Not."), ECF No. 15.)

   Under Rule 15(a)(2), after a responsive pleading is filed, "a party may amend its pleading with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Rule 15(a)(2)

---

  * This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

prescribes that "[t]he court should freely give leave when justice so requires." Id. "'This policy is to be applied with extreme liberality.'" C.F. ex rel. Farnan v. Capistrano Unified Sch. Dist., 654 F.3d 975, 985 (9th Cir. 2011) (quoting Eminence Capital, LLC v. Aspeon, Inc., 316 F.3d 1048, 1051 (9th Cir. 2003)). Since Plaintiff is entitled to the leave she seeks, her motion to amend the complaint is granted. Therefore, Plaintiff is granted three (3) court days leave from the date on which this Order is filed to file the amended complaint attached to her motion.

Dated:  March 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge