IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENDA PICKERN,

        Plaintiff,

   v.

CHICO STEAKHOUSE, LP dba OUTBACK STEAKHOUSE; CHICO MALL, LP,

        Defendants.

2:12-cv-02586-GEB-CMK

<u>ORDER STRIKING AMENDED ANSWER</u>

Defendant Chico Steakhouse, LP filed an Amended Answer, (ECF No. 19), which was not authorized under Federal Rule of Civil Procedure 15 and is therefore stricken.

Dated:  March 29, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge