IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENDA PICKERN,                        )
                                       )    2:12-cv-02586-GEB-CMK
                Plaintiff,             )
                                       )
         v.                            )    ORDER STRIKING AMENDED ANSWER
                                       )
CHICO STEAKHOUSE, LP dba OUTBACK       )
STEAKHOUSE; CHICO MALL, LP,            )
                                       )
                Defendants.            )
_____)

         Defendant Chico Steakhouse, LP filed an Amended Answer, (ECF No. 19), which was not authorized under Federal Rule of Civil Procedure 15 and is therefore stricken.

Dated:  March 29, 2013

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge

1